**In re Virgil HOOD,
Debtor-in-possession.**

**Virgil J. HOOD, Appellant,**

v.

**Edwin L. WILLIAMS, Bonnie
Goldstein, and James Grady,
Appellees.**

**Bankruptcy No. 86–00300–A.
Civ. A. No. 88–0657–A.**

United States District Court,
E.D. Virginia,
Alexandria Division.

Oct. 24, 1988.

H. Jason Gold, Gold & Stanley, P.C., Alexandria, Va., for plaintiff/debtor.

Alan Rosenblum, Rosenblum & Rosenblum, P.C., Alexandria, Va., for defendant/Successful Foreclosure Sale Bidders.

Douglas E. Bywater, Tate & Bywater, Ltd., Vienna, Va., for defendant/Second Deed of Trust Holder.

Prior report: Bkrtcy.E.D.Va., 92 B.R. 648.

### ORDER

HILTON, District Judge.

This matter came before the court on Virgil Hood's appeal of the Bankruptcy Court, and for reasons stated from the bench, it is hereby

ORDERED that the decision of the Bankruptcy Court is AFFIRMED.